# UNITED STATES BANKRUPTCY COURT

| In re: | Case No. |
|---|---|
| Debtor(s) | |

, chapter  trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 02(b)(1). The trustee declares as follows:

1) The case was filed on .

1) The case was filed on , and was converted to chapter  on .

2) The plan was confirmed on .

5) The case was  on .

6) Number of months from filing to last payment: <u>0</u>.

7) Number of months case was pending: <u>0</u>.

8) Total value of assets abandoned by court order: .

9) Total value of assets exempted: .

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case .

**UST Form 101--FR-S (9/1/2009)**

| **Receipts:** | |
|---|---|
| Total paid by or on behalf of the debtor | |
| Less amount refunded to debtor | |
| **NET RECEIPTS:** | **$0.00** |

| **Expenses of Administration:** | |
|---|---|
| Attorney's Fees Paid Through the Plan | |
| Court Costs | |
| Trustee Expenses & Compensation | |
| Other | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |

Attorney fees paid and disclosed by debtor:

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101--FR-S (9/1/2009)

| | | |
|---|---|---|
| **Disbursements:** | | |
| Expenses of Administration | $0.00 | |
| Disbursements to Creditors | $0.00 | |
| **TOTAL DISBURSEMENTS** : | | **$0.00** |

12)    By: /s/ _____
                    Trustee

Dated: 06/16/2016


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101--FR-S (9/1/2009)**